JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGEVIEW DRIVE RANCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-CV-00632-SJO (JEM)<br><br>[Assigned to Hon. S. James Otero]<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [15]**<br><br>[Submitted concurrently with Stipulation]<br><br>Complaint Filed: January 28, 2016<br>Trial Date: March 14, 2017 |

    Pursuant to the Stipulation between Plaintiff Ridgeview Drive Ranch, LLC and Defendant Scottsdale Insurance Company, the Court hereby orders that this action is dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 17, 2016

*S. James Otero*
_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE